514

(May 11, 1967)

■    In the Matter of ROBERT MCCOY, Petitioner, v. SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF NEW YORK, et al., Respondents.

Concur — Eager, J.P., Capozzoli, Rabin and McNally, JJ.

■    LEON H. COOK, Appellant, v. DOROTHY SCHIFF et al., Respondents.—

Concur — Botein, P. J., Stevens, Eager and Rabin, JJ.